

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-05-00350-CV

| | | |
|---|---|---|
| Margaret Young, Individually and as Representative of the Estate of William R. Young | § | From the 30th District Court |
| | § | of Wichita County (158,715-A) |
| v. | | |
| | § | June 20, 2013 |
| Venkateswarlu Thota, M.D. and North Texas Cardiology Center | § | Opinion by Chief Justice Livingston |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Margaret Young shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston